UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CR654JCH |
| ) | |
| KRISTOFFER BRAGG, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Southeast Missouri Community Treatment Center shall release to Adam Fein the video tape of an altercation between Kristoffer Bragg and "Al" on 3/31/06 at or about 17:10 CST. This tape shall be used for the purposes of the pending case against Kristoffer Bragg and for no other purpose. It shall be returned to SEMO at the completion of these proceedings.

MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of April, 2006.